IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE BRUNNER,<br>      Plaintiff<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of the Social<br>Security Administration,<br>      Defendants | No. 1:23cv1953<br><br>(Judge Munley)<br><br>(Magistrate Judge Latella) |

## ORDER

Before the court is a report and recommendation ("R&R") from United States Magistrate Judge Leo A. Latella wherein he conducted a judicial review of the final decision of the Commissioner of Social Security ("Commissioner") pursuant to 42 U.S.C. § 405(g). (Doc. 19). The R&R recommends that the Commissioner's decision be vacated and the above action be remanded to the Commissioner for further consideration pursuant to 42 U.S.C. § 405(g), "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C.

§ 405(g).¹ (Id. at 29). The R&R also recommends that the Clerk of Court be directed to close this case. (Id.)

Magistrate Judge Latella issued the R&R on September 2, 2025. (Doc. 19). Pursuant to the Rules of Court for the Middle District of Pennsylvania, the parties had fourteen (14) days to object to the R&R. M.D. PA. L.R. 72.3. No objections to the R&R have been filed and the time for such filing passed. In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court thus finds neither clear error on the face of the record nor a manifest injustice in Magistrate Judge Latella's analysis. Magistrate Judge Latella cogently addressed several issues based on the parties' submissions and concluded that the Administrative Law Judge's ("ALJ") denial of plaintiff's application for disability benefits under Title XVI of the Social

---

¹ Frank Bisignano was sworn in as the Commissioner of Social Security in May 2025. Frank Bisignano has been substituted for Martin O'Malley as the defendant in this action. "In an official-capacity action in federal court, death or replacement of the named official will result in automatic substitution of the official's successor in office." Kentucky v. Graham, 473 U.S. 159, 166 n.11 (1985) (citing Fed. Rule Civ. Proc. 25(d)(1)).

Security Act was not supported by substantial evidence in the record. (Id. at 27). Furthermore, the court agrees with the magistrate judge's recommendation that the Commissioner's decision be vacated and remanded for further consideration so that the ALJ may properly consider the opinions of state agency psychologists in deciding plaintiff's application for disability benefits. (Id. at 29). Therefore, the court will accept the R&R and adopt it in its entirety.

Thus, it is hereby **ORDERED** that:

1) The R&R, (Doc. 19), is **ADOPTED** in its entirety;

2) The Commissioner's decision is **VACATED**;

3) The above action is **REMANDED** to the Commissioner of Social Security to have the record fully developed, conduct a new administrative hearing, and appropriately evaluate evidence; and

4) The Clerk of Court is directed to **CLOSE** this case.

Date: 9/18/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court